116 A.3d 601

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Joseph Walter DERHAMMER, Respondent.**

Supreme Court of Pennsylvania.

May 26, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as framed by Petitioner, is as follows:

> Did the Superior Court err in affirming the trial judge's decision precluding the Commonwealth from referencing [Respondent's] pre-arrest failure to inquire as to the welfare of the victims, specifically the [Respondent's] spontaneous, self-initiated contact with police, that was not in response to any police questioning, after he arrived at the arson scene of his own volition?